IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00733-PAB-BNB

SERVERSIDE GROUP LIMITED, and
SERVERSIDE GRAPHICS, INC.,

Plaintiffs,

v.

CPI CARD GROUP - MINNESOTA, INC.,
CPI CARD GROUP - COLORADO, INC.,
THE MEMBERS GROUP, INC.,
PSCU FINANCIAL SERVICES, INC., and
ANHEUSER BUSCH EMPLOYEES CREDIT UNION,

Defendants.

_____

**ORDER**
_____

The parties submitted directly to my chambers, but without filing through the Clerk of the Court, a document captioned "Order Regarding E-Discovery In This Patent Case." This practice is inconsistent with D.C.COLO.LCivR77.2, which provides:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings, or other papers or copies directly to a judicial officer.
>
> Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys. No attorney or party shall contact orally a judicial officer regarding any case by telephone, in person, or through any other means, unless all other parties in the matter or their attorneys, are present or on the telephone.

In the event the parties want to have the proposed e-discovery order considered by the court, they must file a motion to that effect in the manner prescribed by local rule 77.2.

Dated June 8, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge