IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00733-PAB-BNB

SERVERSIDE GROUP LIMITED and
SERVERSIDE GRAPHICS, INC.,

    Plaintiffs,

v.

CPI CARD GROUP-MINNESOTA, INC.,
CPI CARD GROUP-COLORADO, INC.,
THE MEMBERS GROUP, INC.,
NEIGHBORS CREDIT UNION,
PSCU FINANCIAL SERVICES, INC., and
ANHEUSER BUSCH EMPLOYEES CREDIT UNION,

    Defendants.
_____

**ORDER SETTING HEARING UNDER FED. R. CIV. P. 16**
_____

This matter comes before the Court upon a Complaint filed by the Plaintiffs alleging the infringement of two patents.  In light thereof, a hearing pursuant to Fed. R. Civ. P. 16 is appropriate.  It is

ORDERED that:

1.    A hearing is set for **Monday, June 11, 2012 at 10:30 a.m.** in Courtroom A701 at the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring have their calendars available.  This is not a scheduling conference. The parties should not submit a proposed scheduling order.

      2.      Counsel may appear by telephone given the short duration of these hearings and shall do so by creating a conference call among themselves and then calling Chambers at (303) 335-2794 at the scheduled time.

      3.      Prior to the hearing, the parties shall confer about the following issues and be prepared to address them at the hearing:

- Whether there are issues of claim construction.
- Whether a hearing will be required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996).
- If a *Markman* hearing is required, whether discovery is necessary prior to such hearing. If so, what discovery is required. (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)
- Whether there are any other issues or impediments to the setting of a *Markman* hearing.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

DATED June 8, 2012.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge