IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | | |
|---|---|---|
| Civil Action: | 12-cv-0733-PAB-BNB | Date: August 7, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

---

| | |
|---|---|
| Serverside Group Limited<br>Severside Graphics, Inc.<br>　　　　　　Plaintiff(s), | *Hunter D. Keeton via telephone* |
| v. | |
| CPI Card Group-Minnesota, Inc.<br>CPI Card Group-Colorado, Inc.<br>The Members Group, Inc.<br>Neighbors Credit Union<br>PSCU Financial Services, Inc.<br>Anheuser Busch Employees Credit Union<br>　　　　　　Defendant(s). | *Nicholas Short via telephone* |

---

**COURTROOM MINUTES**

---

**MOTIONS HEARING**

Court in Session: 1:33 p.m.

Appearance of counsel.

Argument presented on the parties' Joint Motion for Entry of Stipulated Protective Order [50] specifically to prosecution bar.

**ORDERED:  The Court adopts protective order proposed by Serverside Group Limited. Separate order to issue.**

Court in Recess: 2:01 p.m.    Hearing concluded.    Total time in Court: 00:28