IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00733-PAB-BNB

SERVERSIDE GROUP LIMITED, and
SERVERSIDE GRAPHICS, INC.,

Plaintiffs,

v.

CPI CARD GROUP - COLORADO, INC.,
THE MEMBERS GROUP, INC.,
PSCU FINANCIAL SERVICES, INC., and
ANHEUSER BUSCH EMPLOYEES CREDIT UNION,

Defendants.
_____

**ORDER**
_____

This matter arises on the parties' **Joint Motion for Entry of Stipulated Protective Order** [Doc. # 50, filed 7/26/2012] (the "Motion"). At issue is which of two competing versions of a blanket protective order should be entered. The parties reached agreement on all provisions except the prosecution bar contained in paragraph 8 of the proposed protective order. In addition, there were a few provisions which failed to comply with the requirements of Gillard v. Boulder Valley School Dist., 196 F.R.D. 382 (D. Colo. 2000), or otherwise were not consistent with the form of blanket protective orders normally entered.

I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In general, I adopted the prosecution bar proposed by the plaintiffs. In addition, I have modified paragraphs 1; 6.3; 7.4(c); 9(f); and 14.3.

IT IS ORDERED that the Motion [Doc. # 50] is GRANTED as specified in the Stipulated Protective Order, entered separately.

Dated August 7, 2012.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge