IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:    12-cv-00733-PAB-BNB | Date: November 7, 2012 |
| Courtroom Deputy:   Robin Mason | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| SERVERSIDE GROUP LIMITED<br>SEVERSIDE GRAPHICS, INC<br>     **Plaintiff(s)**<br><br>v.<br><br>CPI CARD GROUP-MINNESOTA, INC.<br>CPI CARD GROUP-COLORADO, INC.<br>THE MEMBERS GROUP, INC.<br>NEIGHBORS CREDIT UNION<br>PSCU FINANCIAL SERVICES, INC.<br>ANHEUSER BUSCH EMPLOYEES CREDIT UNION<br>     **Defendant(s)** | Hunter D. Keeton<br><br><br><br><br><br>Nicholas Short |

**COURTROOM MINUTES**

**MOTIONS HEARING**
Court in Session:  **1:30 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the pending, referred motions.

Argument and discussion regarding the plaintiff's Emergency MOTION to Exclude EMERGENCY Motion to Exclude the Expert Opinions of Dr. Peter Alexander on Claim Construction and Brief in Support (Docket No. 65, filed on 10/19/012).

For reasons as stated on the record,

**ORDERED:**  The court **GRANTS** the plaintiff's Emergency MOTION to Exclude EMERGENCY Motion to Exclude the Expert Opinions of Dr. Peter Alexander on Claim Construction and Brief in Support (Docket No. 65, filed on 10/19/012).

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

Argument and discussion regarding the defendants' MOTION to Compel Plaintiffs' Responses to Interrogatories (Docket No. 69, filed on 10/19/2012).

For reasons as stated on the record,

**ORDERED:** The court **DENIES** the defendants' MOTION to Compel Plaintiffs' Responses to Interrogatories (Docket No. 69, filed on 10/19/2012).

Argument and discussion regarding the defendants' MOTION for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention (Docket No. 76, filed on 10/23/2012).

For reasons as stated on the record,

**ORDERED:** The court **GRANTS** the defendants' MOTION for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention (Docket No. 76, filed on 10/23/2012).

HEARING CONCLUDED.

Court in Recess:   **2:39 p.m.**
Total time in Court: 01:09

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119