IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00733-PAB-BNB

SERVERSIDE GROUP LIMITED, and
SERVERSIDE GRAPHICS, INC.,

Plaintiffs,

v.

CPI CARD GROUP - COLORADO, INC.,
THE MEMBERS GROUP, INC.,
PSCU FINANCIAL SERVICES, INC., and
ANHEUSER BUSCH EMPLOYEES CREDIT UNION,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)     Plaintiffs' **Emergency Motion to Exclude the Expert Opinions of Dr. Peter Alexander on Claim Construction** [Doc. # 65, filed 10/19/2012] (the "Motion to Exclude");

(2)     **Fed. R. Civ. P. 37 Motion of Defendant CPI Card Group-Colorado, Inc., to Compel Plaintiffs' Supplemental Responses to Interrogatories and for Sanctions** [Doc. # 69, filed 10/19/2012] (the "Motion to Compel"); and

(3)     **Defendants' Motion for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad In Civil or Commercial Matters** [Doc. # 76, filed 10/23/2012] (the "Motion for Letter of Request").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Exclude [Doc. # 65] is GRANTED.  Dr. Peter Alexander may not testify at the Markman hearing set to occur before the district judge on December 13, 2012;

(2)     The Motion to Compel [Doc. # 69] is DENIED; and

(3)     The Motion for Letter of Request [Doc. # 76] is GRANTED.  The Letter of Request is issued separately.

Dated November 7, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge