IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-00733-PAB-BNB | Date: January 30, 2013 |
| Courtroom Deputy: | Robin Mason | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| SERVERSIDE GROUP LIMITED<br>SEVERSIDE GRAPHICS, INC<br>**Plaintiff(s)** | *Hunter D. Keeton* |
| v. | |
| CPI CARD GROUP-COLORADO, INC.<br>THE MEMBERS GROUP, INC.<br>NEIGHBORS CREDIT UNION<br>PSCU FINANCIAL SERVICES, INC.<br>ANHEUSER BUSCH EMPLOYEES CREDIT UNION<br>**Defendant(s)** | *Krishnan Padmanabhan* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  1:27 p.m.

Court calls case.  Appearances of counsel.

Argument presented on [102] Defendants' Motion for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

**ORDERED:** [102] Defendants' Motion for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters is GRANTED. Letter to issue.

Court in Recess:  1:55 p.m.     Hearing concluded.     Total time in Court: 00:28