IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00733-PAB-BNB

SERVERSIDE GROUP LIMITED, and
SERVERSIDE GRAPHICS, INC.,

Plaintiffs,

v.

CPI CARD GROUP - COLORADO, INC.,
THE MEMBERS GROUP, INC.,
PSCU FINANCIAL SERVICES, INC.,
NEIGHBORS CREDIT UNION, and
ANHEUSER BUSCH EMPLOYEES CREDIT UNION,

Defendants.
_____

## ORDER
_____

This matter arises on **Defendants' Motion for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Actions** [Doc. # 102, filed 12/6/2012] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 102] is GRANTED. The Letter of Request has been entered separately.

Dated January 30, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge